# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | | |
|---|---|---|
| IKEY PORTER CURRY, | ) | NO. CV15-08308-JLS(AS) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| J. SOTO, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the "Order of Dismissal Without Prejudice,"

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: December 11, 2015.

_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE